No. D–109. In re Disbarment of Speckman. It is ordered that George Raymond Speckman of Plattsburg, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–110. In re Disbarment of Cruze. It is ordered that Chester Thomas Cruze of Cincinnati, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 75–536. Nashville Gas Co. v. Satty. C. A. 6th Cir. [Certiorari granted, 429 U. S. 1071.] Motion of AFL–CIO et al. for leave to file a brief as amici curiae granted.

No. 76–678. Shell Oil Co. v. Dartt. C. A. 10th Cir. [Certiorari granted, 429 U. S. 1089.] Motion of Equal Employment Advisory Council for leave to file a brief as amicus curiae granted.

No. 76–1576. Helms et al. v. Vance, Secretary of State, et al. C. A. D. C. Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari denied.